CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

SYDNEY SPECTOR #11232
Assistant U.S. Attorney
300 Ala Moana Boulevard, Rm. 6-100
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Sydney.Spector@usdoj.gov

ALANNA HORAN
DC Bar # 1671335
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch Environmental Tort Litigation
175 N Street, NE
Washington, DC 20002
Phone: 202-616-4222
Email: alanna.r.horan@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE:  APPLICATION OF ALANNA HORAN TO PRACTICE BEFORE THE COURT | )  MISC. NO. )  )  APPLICATION TO APPEAR ON )  BEHALF OF THE UNITED )  STATES; DECLARATION OF )  ALANNA HORAN ) |

APPLICATION TO APPEAR ON BEHALF OF UNITED STATES

Pursuant to LR83.1(c)(1) of the Local Rules of Practice for the United States District Court for the District of Hawaii, ALANNA HORAN, Attorney for the United States of America hereby notifies the court of her intention to appear before this court on behalf of the United States and to attend to the interests of the United States during the period of her employment by the United States and requests leave to do so. A declaration in support of this is filed herewith.

DATED: June 13, 2023 at Washington, District of Columbia.

/s/ Alanna Horan
ALANNA HORAN
Trial Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE: APPLICATION OF ALANNA HORAN TO PRACTICE BEFORE THE COURT | ) MISC. NO.<br>)<br>) DECLARATION OF ALANNA<br>) HORAN<br>)<br>)<br>) |

## DECLARATION OF ALANNA HORAN

1. I am a Trial Attorney employed by the United States with the Civil Division of the United States Department of Justice.

2. I expect to appear on behalf of the United States and to tend to the interests of the United States before this Court.

3. I am an active member in good standing of the bar of the Court of Appeals of the District of Columbia, which is the highest court in the District.

I declare, upon penalty of perjury, that the forgoing is true and correct.

DATED: June 13, 2023, at Washington, District of Columbia.

*Alanna Horan*
Alanna Horan